IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, AMERICAN ALPINE CLUB, CALIFORNIA WILDERNESS COALITION, CENTER FOR BIOLOGICAL DIVERSITY, CENTER FOR ENVIRONMENTAL HEALTH, CENTER FOR FOOD SAFETY, ENVIRONMENT AMERICA, ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL PROTECTION INFORMATION CENTER, FOOD AND WATER WATCH, FRIENDS OF THE EARTH, NATIONAL PARKS CONSERVATION ASSOCIATION, NATIONAL WILDLIFE FEDERATION, OCEAN CONSERVANCY, RIO GRANDE INTERNATIONAL STUDY CENTER, SOUTHERN UTAH WILDERNESS ALLIANCE, WE ACT FOR ENVIRONMENTAL JUSTICE, WESTERN WATERSHEDS PROJECT, THE WILDERNESS SOCIETY, and WINTER WILDLANDS ALLIANCE,<br><br>       Plaintiffs,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, and MARY NEUMAYR, in her official capacity as Chair of the council on Environmental Quality,<br><br>       Defendants. | Case No. 3:20-cv-5199-RS<br><br>**DEFENDANTS' RESPONSE TO ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Judge: Hon. Richard Seeborg |

On September 4, 2020, plaintiffs in a separately filed case, *State of California et al. v. Counsel on Environmental Quality* (*CEQ*), No. 3:20-cv-06057 KAW (N.D. Cal. filed on Aug. 28, 2020), filed an administrative motion seeking to relate *State of California v. CEQ* to this

*Alaska Community Action on Toxics, et al. v. CEQ*
*No. 3:20-cv-5199*
DEFS.' RESP. TO MOT. TO RELATE                                                                                      Page 1

1  case. ECF No. 17.  Both cases challenge the CEQ's final rule revising the agency's National

2  Environmental Policy Act (NEPA) regulations, 85 Fed. Reg. 43,304 (July 16, 2020).  Without

3  waiving any otherwise applicable defenses, Federal Defendants do not oppose Plaintiffs' motion

4  to relate.

         Respectfully submitted this 8th day of September, 2020.

                                JEFFREY BOSSERT CLARK
                                Assistant Attorney General
                                JONATHAN BRIGHTBILL
                                Principal Deputy Assistant Attorney General
                                PAUL SALAMANCA
                                Senior Counsel

                                */s/ Barclay T. Samford*
                                BARCLAY T. SAMFORD
                                NM State Bar No. 12323
                                Senior Attorney
                                U.S. Department of Justice
                                Environment and Natural Resources Division
                                Natural Resources Section
                                999 18th Street, South Terrace, Suite 370
                                Denver, CO 80202
                                Tel.: (303) 844-1475
                                Fax: (303) 844-1350
                                E-mail: clay.samford@usdoj.gov