JEFFREY BOSSERT CLARK
Assistant Attorney General
JONATHAN BRIGHTBILL
Principal Deputy Assistant Attorney General
PAUL SALAMANCA
Deputy Assistant Attorney General
BARCLAY T. SAMFORD
NM State Bar No. 12323
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1475
Fax: (303) 844-1350
E-mail: clay.samford@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, and MARY NEUMAYR, in her official capacity as Chair of the council on Environmental Quality,<br><br>             Defendants. | Case No. 3:20-cv-5199-RS<br><br>**NOTICE OF LODGING OF ADMINISTRATIVE RECORD**<br><br>Judge: Hon. Richard Seeborg |

Federal Defendants, by their undersigned counsel, hereby give notice of the lodging of the administrative record in the above captioned case.  The administrative record consists of bates numbered pages NEPA_00000001 - NEPA_01431121.  The record is certified by CEQ employee Amy Coyle.  Mr. Coyle's certification is attached as Exhibit 1.  The index to the administrative record is attached as Exhibit 2.

Because the record is extremely voluminous, it is being submitted for manual filing on a single USB flash drive.  The USB flash drive contains an index "hyperlinked" to the specified documents to assist the user in locating each document.

The administrative record will be shipped on this date for over-night delivery to the Clerk of Court for the United States District Court for the Northern District of California and to the Chambers of the Honorable Richard Seeborg.  The administrative record will be provided to counsel for Plaintiffs through USB flash drive and via download through box.com as agreed by the parties.

Respectfully submitted this 12th day of November, 2020.

JEFFREY BOSSERT CLARK
Assistant Attorney General
JONATHAN BRIGHTBILL
Principal Deputy Assistant Attorney General
PAUL SALAMANCA
Deputy Assistant Attorney General

*/s/Barclay T. Samford*
BARCLAY T. SAMFORD
NM State Bar No. 12323
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1475
Fax: (303) 844-1350
E-mail: clay.samford@usdoj.gov

CLARE BORONOW
Trial Attorney
U.S. Department of Justice

*Alaska Community Action on Toxics, et al. v. CEQ*
*No. 3:20-cv-5199*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1362
E-mail: clare.boronow@usdoj.gov

*Attorneys for Defendants*