United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, et al.,<br><br>           Defendants. | Case No. 20-cv-05199-RS<br><br>**ORDER DENYING MOTIONS TO DISMISS** |

For administrative convenience, the pending motions to dismiss are denied without prejudice. When the stay is lifted, the motions may be renewed by notice. If circumstances at that juncture do not warrant new or revised briefing, the notices may be accompanied by the reply briefs, and the matter will then be set for hearing at the court's discretion.

**IT IS SO ORDERED**.

Dated: September 17, 2021

_____
RICHARD SEEBORG
Chief United States District Judge