KRISTEN L. BOYLES (CSBA #158450)
JAN E. HASSELMAN (WSBA # 29107)
*[Admitted Pro Hac Vice]*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
kboyles@earthjustice.org
jhasselman@earthjustice.org

SUSAN JANE M. BROWN (OSBA #054607)
*[Admitted Pro Hac Vice]*
SILVIX RESOURCES
4107 N.E. Couch St.
Portland, OR 97232
(503) 680-5513
sjb@silvex.org

GREGORY C. LOARIE (CSBA #215859)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
(415) 217-2000
gloarie@earthjustice.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY, et al., <br><br> Defendants. | Case No. 3:20-cv-5199-RS <br><br> Related Case: No. 3:20-cv-6057-RS <br><br> **NOTICE OF DISMISSAL; PROPOSED ORDER** |

NOTICE OF DISMISSAL AND PROPOSED ORDER
No. 3:20-cv-05199-RS

- 1 -

1  WHEREAS: On August 29, 2020, Plaintiffs filed this suit to challenge Council on Environmental Quality's ("CEQ") July 16, 2020, rulemaking entitled Update to the Regulations Implementing the Procedural Provisions of the National Environmental Policy Act, 85 Fed. Reg. 43,304 (July 16, 2020) (the "2020 Rule"). ECF No. 1.

WHEREAS: On November 5, 2020, the Court granted American Farm Bureau Federation et al.'s motion to intervene as Defendants in this matter.

WHEREAS: This case was stayed by the Court on February 12, 2021, to accommodate Defendant CEQ's review of the 2020 Rule pursuant to Executive Order 13990: 'Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis.' 86 Fed. Reg. 7,037 (Jan. 25, 2021). ECF No. 49.

WHEREAS: Through a series of Court Orders, the stay of this case has been extended eleven times until April 4, 2024 to accommodate the following rulemakings by CEQ revising National Environmental Policy Act's ("NEPA") implementing regulations: the Final Interim Rule, 86 Fed. Reg. 34,154 (June 29, 2021); the National Environmental Policy Act Implementing Regulations Revisions, 87 Fed. Reg. 23,453 (April 20, 2022); and the Bipartisan Permitting Reform Implementation Rule, 85 Fed. Reg. 35,4432, 35,448 (May 1, 2024) (the "2024 Rule"). ECF Nos. 51, 55, 60, 63, 65, 68, 70, 74, 76, and 79.

WHEREAS: Following the promulgation of the 2024 Rule on May 1, 2024, the Parties agreed to request a further stay until September 9, 2024, to allow Plaintiffs to review and analyze the 2024 Rule and its impact on Plaintiffs' challenge. ECF No. 80.

WHEREAS: Upon expiration of the stay, Plaintiffs asked that the Court further extend the stay in the Parties' joint status report filed as ECF No. 127 in the related matter *California v. Council on Environmental Quality*, No. 20-6057 on September 19, 2024. *See also* ECF No. 84.

1  State Plaintiffs argued that the related case is not moot, this Court retains jurisdiction and can
2  enter a stay, and an extension of the stay is warranted to accommodate a forthcoming decision in
3  a case filed in the District Court of North Dakota challenging the 2024 Rule and seeking its
4  vacatur and reinstatement of the 2020 Rule, which is challenged in this litigation. No. 20-6057,
5  ECF No. 127.

6      WHEREAS: In the joint status report, Federal Defendants argued that this case is moot
7  and an extension of the stay is not warranted. No. 20-6057, ECF No. 127.

8      WHEREAS: At a Status Conference held before this Court on September 26, 2024,
9  Plaintiffs argued for a further extension of the stay and Federal Defendants argued against a
10 further stay.

11     WHEREAS: Upon conclusion of the Status Conference, having heard arguments from all
12 Parties, this Court stated it would dismiss the case as moot and directed the parties to file a
13 stipulation to that effect. ECF No. 86.

14     WHEREAS: Plaintiffs respectfully disagree with this Court's assessment that this case is
15 moot and should be dismissed.

16     WHEREAS: Plaintiffs and Federal Defendants were not able to reach agreement on
17 language for a stipulated dismissal.

18     ACCORDINGLY, Plaintiffs hereby dismiss this action without prejudice at the direction
19 of the Court.

21     DATED this 29th day of October, 2024.

25 NOTICE OF DISMISSAL AND PROPOSED ORDER
No. 3:20-cv-05199-RS
26                                                    - 3 -

Respectfully submitted,

*s/ Jan E. Hasselman*
JAN E. HASSELMAN (WSBA # 29017)
KRISTEN L. BOYLES (CSBA # 158450)
*[Admitted Pro Hac Vice]*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
kboyles@earthjustice.org
jhasselman@earthjustice.org

SUSAN JANE M. BROWN (OSBA # 054607)
*[Admitted Pro Hac Vice]*
SILVIX RESOURCES
4107 N.E. Couch St.
Portland, OR 97232
(503) 680-5513
sjb@silvex.org

*Attorneys for Plaintiffs*

GREGORY C. LOARIE (CSBA # 215859)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
(415) 217-2000
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

NOTICE OF DISMISSAL AND PROPOSED ORDER
No. 3:20-cv-05199-RS

- 4 -

IT IS SO ORDERED.

Dated: _____

_____
RICHARD SEEBORG
Chief United States District Judge

NOTICE OF DISMISSAL AND PROPOSED ORDER
No. 3:20-cv-05199-RS

- 5 -